## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Docket No. 0979 3:19CR00445-003- SI |
| | ) |
| **v.** | ) ORDER TERMINATING |
| | ) PARTICIPANT FROM |
| **TERRI MAE ADAMS,** | ) REENTRY COURT |
| | ) |
| **Defendant.** | ) |

On May 9, 2024, the defendant was accepted as a participant in the Reentry Court Program. Based on the decision of the Reentry Court Team, the defendant is terminated from the Reentry Court Program.

Respectfully submitted,                    Approved,

*Siri Overstreet*                          [signature]

Siri Overstreet                            Jaret Ogasawara
Senior U.S. Probation Officer              Supervising U.S. Probation Officer

**IT IS ORDERED** that the defendant is terminated from the Reentry Court Program.

**DATED** this 22nd day of November, 2024.

*Stacie F. Beckerman*

The Honorable Stacie F. Beckerman
U.S. Magistrate Judge